1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PAUL MITCHELL, | ) | Case No.: C 11-06604 PSG |
| | ) | |
| | ) | **ORDER SETTING DEADLINE FOR PARTIES** |
| Plaintiff, | ) | **TO FILE EITHER A "CONSENT TO** |
| v. | ) | **PROCEED BEFORE A UNITED STATES** |
| | ) | **MAGISTRATE JUDGE," OR ELSE A** |
| | ) | **"DECLINATION TO PROCEED BEFORE A** |
| HARVEY WRIGHT, ET AL., | ) | **UNITED STATES MAGISTRATE JUDGE AND** |
| | ) | **REQUEST FOR REASSIGNMENT"** |
| Defendants. | ) | |
| _____ | ) | |

18   Defendants Harvey Wright, Jennifer Maurus, and nominal defendant Helical Plane, Inc.

19 move to dismiss. This case has been assigned to the undersigned magistrate judge.  Before the court

20 takes any further action in the case, the court must determine whether or not all of the parties who

21 have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the

22 parties request reassignment to a district judge.  Therefore,

23   IT IS HEREBY ORDERED that no later than February 1, 2012, each party shall file either a

24 "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed

25 Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available

26 from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

27

28

Case No.: 11-6604 PSG
ORDER                                    1

1   www.cand.uscourts.gov.

2   Dated:   1/25/2012

3                                                    _____
                                                     PAUL S. GREWAL
                                                     United States Magistrate Judge