*E-Filed 3/8/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PAUL MITCHELL,

Plaintiff,
v.

HARVEY WRIGHT, JENNIFER MAURUS, HELICAL PLANE, INC., and DOES 1-100, inclusive

Defendants.
_____/

No. C 11-06604 RS

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISIDICTION**

Plaintiff Paul Mitchell, a California resident, filed suit in federal court asserting twelve claims for relief against defendants Harvey Wright, a Washington resident, Jennifer Wright, a California resident, and nominal defendant Helical Plane, Inc., a company incorporated in Washington State. The Complaint asserts diversity jurisdiction as the basis for federal jurisdiction pursuant to 28 U.S.C. § 1332(a).

Federal subject matter jurisdiction founded in diversity requires complete diversity of citizenship and an amount in controversy in excess of $75,000. *See Williams v. United Airlines, Inc.*, 500 F.3d 1019, 1025 (9th Cir. 2007) (citing *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005)). Diversity is incomplete if any plaintiff is a citizen of the same state as any

defendant. *See Morris v. Princess Cruises, Inc.*, 236 F.3d 1061, 1067 (9th Cir. 2001). If a court determines at any time that it lacks subject matter jurisdiction due to the absence of complete diversity, it must dismiss the action. Fed. R. Civ. P. 12(h)(3). "[A] court may raise the question of subject matter jurisdiction, *sua sponte*, at any time during the pendency of the action." *Snell v. Cleveland, Inc.*, 316 F.3d 822, 826 (9th Cir. 2002); *see also United Investors Life Ins. Co. v. Waddell & Reed, Inc.*, 360 F.3d 960, 966 (9th Cir. 2004).

Here, plaintiff is a citizen of California. Defendant Jennifer Wright is also a California citizen. Consequently, complete diversity of citizenship is lacking and the Court lacks subject matter jurisdiction. The case is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: 3/8/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER

2